IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARCUS PATTON                                                                                                PETITIONER
ADC #144778

5:14-cv-00406-JTK

WENDY KELLEY, *Director*,                                                                        RESPONDENT
Arkansas Department of Correction

JUDGMENT

The petition for a writ of habeas corpus is denied.

SO ADJUDGED this 12th day of January, 2016.

_____
United States Magistrate Judge